FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0292

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0292

IN THE MATTER OF

P.G.,

Youth in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant D.C.G. is granted an extension of time until November 10, 2022 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022